AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>HUMZAH MASHKOOR,<br>*Defendant* | )<br>)<br>)<br>)  Case No. 23-mj-214 NRN<br>)<br>)<br>) |

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2024 JAN -2  AM 11: 20

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

## ARREST WARRANT

TO:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* HUMZAH MASHKOOR, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2339B (Attempting to provide material support or resources to designated foreign terrorist organizations)

Date: 12/18/2023

City and state: Denver, Colorado

*Issuing officer's signature*
Magistrate Judge N. Reid Neureiter
*Printed name and title*

### Return

This warrant was received on *(date)* 12/18/2023, and the person was arrested on *(date)* 12/18/2023
at *(city and state)* Denver, CO.

Date: 12/18/2023

*Arresting officer's signature*

SA Shane Quinn
*Printed name and title*