IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 24-cr-00018-RMR

UNITED STATES OF AMERICA,
    PLAINTIFF,
v.

HUMZAH MASHKOOR,
    DEFENDANT.

### Joint Motion for Substitution as Counsel for Defendant Humzah Mashkoor

For the following reasons, attorneys Thomas Anthony Durkin of the law firm Durkin & Roberts, Joshua Gerards Herman of the law firm Law Office of Joshua G. Herman, Laura Menninger of the law firm Haddon Morgan Foreman, and Nick Oberheiden of the law firm Oberheiden P.C. jointly request this Court to substitute Oberheiden as counsel for defendant Humzah Mashkoor and to permit Durkin, Herman, and Menninger to withdraw as counsel:

    1.    Mashkoor has retained attorney Oberheiden and Oberheiden P.C. to represent him in this matter and has requested Oberheiden to serve as counsel of record going forward. Oberheiden is admitted to practice in the District of Colorado, has experience practicing in this District, and has tried cases in this District.

    2.    Oberheiden understands that the discovery in this case involves classified material. Because he holds top secret clearance, this will not impede his

ability to represent Mashkoor in this matter. He has already reached out to Supervisory Security Specialist Winfield Slade.

3.   Oberheiden certifies that he has spoken to Mashkoor personally and that Mashkoor consents to his substitution for all counsel currently of record. He has also conferred with Durkin, Herman, and Menninger, and they have confirmed that the transition between counsel will be collegial.

4.   Contemporaneously with this motion, Oberheiden is filing a notice of appearance in this matter. He will promptly reach out to counsel for the United States to ensure there is no delay in the progress of this case.

5.   For these reasons, Durkin, Herman, and Menninger have good cause to withdraw from further representation of Mashkoor.

6.   Assistant United States Attorney Laura Cramer-Babycz has authorized us to state that the United States takes no position on this motion.

Therefore, Oberheiden requests this Court to substitute him as counsel for Mashkoor, and Durkin, Herman, and Menninger request this Court to permit them to withdraw as counsel for Mashkoor.

    Respectfully submitted,

    By: s/Nick Oberheiden
    N.Y. Reg. No. 4619011
    Oberheiden P.C.
    440 Louisiana St., Suite 200
    Houston, Texas 77002
    (214) 334-7648 (Telephone)
    (972) 559-3365 (Facsimile)
    nick@federal-lawyer.com

By s/ Laura A. Menninger
Laura A. Menninger, #34444
Haddon, Morgan and Foreman, P.C.
950 17th Street, Suite 1000
Denver, CO 80202
Tel: 303.831.7364
Fax: 303.832.2628
lmenninger@hmflaw.com

By: s/ Thomas Anthony Durkin
Durkin & Roberts
209 S. LaSalle Street, Ste. 950
Chicago, IL 60604
(312)981-0123
tdurkin@durkinroberts.com

By: s/ Joshua Herman
Law Office of Joshua G. Herman
53 West Jackson Blvd., Ste. 404
Chicago, IL 60604
(312)909-0434
jherman@joshhermanlaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification to all counsel of record, and served the foregoing by United States mail on defendant Humzah Jamshaid Mashkoor at the following address:

>Humzah Jamshaid Mashkoor
>Inmate Number: 1019046
>Douglas County Jail
>4000 Justice Way
>Castle Rock, CO 80109

By: s/ Nick Oberheiden
Oberheiden P.C.
440 Louisiana St., Suite 200
Houston, Texas 77002
(214) 334-7648 (Telephone)
(972) 559-3365 (Facsimile)
nick@federal-lawyer.com