IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-cr-0018-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUMZAH MASHKOOR,

    Defendant.

## MOTION TO WITHDRAW AS COUNSEL

    Nick Oberheiden, Lynette Byrd, and the Oberheiden, P.C. law firm withdraw as attorneys of record for Defendant Humzah Mashkoor, and pursuant to the Due Process and Effective Assistance of Counsel provisions of the Fifth and Sixth Amendments to the Constitution of the United States, respectfully request that they be permitted to withdraw as counsel of record and that Attorney Kathryn Stimson of the law firm Stimson LaBranche Hubbard, LLC, be permitted to substitute on their behalf.

    In support of this motion, undersigned counsel assert as follows:

    Mr. Mashkoor is charged in a one (1) count indictment for attempting to provide material support and resources to a foreign terrorist organization, in violation of Title 18, U.S.C § 2339B. (Dkt. #22)

    On December 20, 2023, the Court appointed Kevin R. Cahill as counsel for the Defendant pursuant to the Criminal Justice Act. (Dkt. #10). On December 29, 2023, the Court granted Mr. Cahill's motion to withdraw as appointed counsel. (Dkt. #18).

On December 28, 2023, Thomas Durkin and Joshua Herman filed appearances as counsel on behalf of Defendant. (Dkt. #16 & 17). Laura Menninger filed her entry of appearance as Local Counsel on January 12, 2024. (Dkt. #28). On May 7, 2024, the Court granted Mr. Durkin's, Mr. Herman's, and Ms. Menninger's motion to withdraw as counsel. (Dkt. # 46).

No trial date has been scheduled for this matter. The most recent court date was a status conference held on April 18, 2024. The next court date is a status conference currently scheduled for October 8, 2024. (Dkt. #53)

Since the date of the last status conference, undersigned counsel were informed in writing and in a telephone call by new counsel of Mr. Mashkoor that Mr. Mashkoor no longer wished for them to continue representing him and that new counsel, Ms. Kathryn Stimson of the law firm Stimson LaBranche Hubbard, LLC, had been retained. Disagreements about the direction of the case have arisen between undersigned counsel and Mr. Mashkoor. Thus, it is in the interest of Mr. Mashkoor to obtain new counsel.

Ms. Stimpson advises that she has spoken to Mr. Mashkoor whom she informed of this proposed substitution and that Mr. Mashkoor consents to it. Ms. Stimpson is expected to file her Notice of Entry of Appearance of Counsel contemporaneously with this motion.

A copy of this Motion is being provided to Mr. Mashkoor. Given that Mr. Mashkoor will continue to be represented by Ms. Stimpson, presumably she does not need the following warning, which is provided herein in an abundance of caution and to

strictly comply with D.C.COLO. LR 5(b), that she is "personally responsible for complying with all court orders and time limitations established by applicable statutes and rules."

This Motion is made in good faith and not for the purpose of delay.

Respectfully submitted,

By: s/Nick Oberheiden
N.Y. Reg. No. 4619011
Lynette S. Byrd
Texas Bar No. 24047126
Oberheiden P.C.
440 Louisiana St., Suite 200
Houston, Texas 77002
(214) 334-7648 (Telephone)
(972) 559-3365 (Facsimile)
nick@federal-lawyer.com
lsb@federal-lawyer.com

CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2024, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send an electronic notification to all counsel of record.

s/ Nick Oberheiden