**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 24-cr-0018-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUMZAH MASHKOOR,

    Defendant.

## MEMORANDUM IN SUPPORT OF EXERCISE AT REC CENTER

Mr. Mashkoor respectfully requests this Court permit him time on his GPS monitor to go 5 times per week to Trailwinds Recreation Center to exercise. The attached letter from Mr. Mashkoor's therapist explains the role of exercise in treatment of PTSD, depression and anxiety. In sum, exercise can offer significant benefits in managing the physiological and psychological symptoms associated with Mr. Mashkoor's conditions.

Dated: March 14, 2025.

*s/ Kathryn Stimson*
Kathryn Stimson, #36783
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:   720.689.8909
stimson@slhlegal.com
bell@slhlegal.com

*Attorney for Humzah Mashkoor*

2

**Certificate of Service**

       I certify that on March 14, 2025, I electronically filed the foregoing *Letter in Support* with the Clerk of Court using the CM/ECF system.

       */S/ Hannah Martin*
       Hannah Martin, Paralegal