Dear Honorable Judge Neureiter,

I am writing to provide information regarding the role of **exercise** as an essential component in the treatment of **PTSD, depression, and anxiety**. While conventional treatment modalities such as therapy and medication are vital, physical activity has been shown to offer significant benefits in managing both the **physiological and psychological symptoms** associated with these conditions.

Exercise can positively impact individuals dealing with these mental health challenges in the following ways:

1. **Regulation of the Nervous System**: Regular physical activity helps regulate the autonomic nervous system, reducing hyperarousal and stress, which are often exacerbated by PTSD and anxiety.
2. **Mood Enhancement**: Exercise stimulates the production of **endorphins, serotonin, and dopamine**, key neurotransmitters that are often deficient in individuals with depression and anxiety, contributing to an improvement in mood and emotional regulation.
3. **Reduction of Physical Tension**: Exercise relieves muscle tension and physical discomfort associated with both anxiety and trauma, promoting relaxation and emotional stability.
4. **Improved Sleep Patterns**: Exercise helps to regulate circadian rhythms, improving sleep quality, which is often disrupted in those affected by PTSD, depression, and anxiety.
5. **Enhanced Sense of Control**: Completing physical activities fosters a sense of **self-efficacy** and accomplishment, counteracting feelings of helplessness and disconnection.
6. **Mental Clarity**: Rhythmic exercises such as walking, swimming, or running promote mental clarity and relaxation, providing relief from intrusive or anxious thoughts.
7. **Social Interaction**: Group-based physical activities provide opportunities for social engagement, reducing isolation and offering support from others.

Incorporating exercise into a treatment plan does not require high-intensity training but can begin with manageable activities, such as walking or stretching, tailored to the individual's needs. The primary goal is to provide consistent and accessible movement, supporting overall emotional and mental well-being.

I strongly believe that integrating exercise into the treatment of individuals suffering from PTSD, depression, and anxiety offers profound therapeutic benefits. These benefits are particularly valuable when used in conjunction with more traditional forms of therapy and medication.

Thank you for your consideration.

Please feel free to contact me through my email at michaelak@theraleighhouse.com or *720.484.4996 X 1007.*


Thank you,
Michaela Kornberg LCSW, LAC