IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-cr-0018-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUMZAH MASHKOOR,

    Defendant.

## AFFIDAVIT OF HASSAN SHIBLY

I, Hassan Shibly, attest that the following is true and accurate:

1. I am a Syrian American, I was born in Syria and emigrated to the United States when I was four years old. I grew up in Buffalo, New York and attended the University of New York-Buffalo where I graduated magna cum laude with a degree in political science. I also have my juris doctorate from the University of New York-Buffalo.

2. I grew up under the tutelage of some of the world's most well-respected Islamic scholars. I have both studied and taught courses at the Kuftaro Institution in Damascus, Syria. I am a public speaker on issues related to Islam and the American Muslim Community in national media, universities, mosques all over the country. I have also given lectures about how to protect Muslim youth from extremism and violence.

3. I published War, Islam and the Sanctity of Life: Non-Aggression in the Islamic Code of Combat at the Yaqeen Institute. It is available at: *https://yaqeeninstitute.org/amp/hassan-shibly/war-islam-and-the-sanctity-of-life-non-aggression-in-the-islamic-code-of-combat*.

4. I established the publishing house for the largest traditional Islamic Seminary in North America, Madania Publications.

5. I was Chief Executive Director of the Counsel on American Islamic Relations in Florida for approximately ten years. In that capacity I advised members of the

      White House and Department of Homeland Security on protecting civil rights and protecting national security.

6. Currently, I am the founder and lead attorney at Muslim Legal in Tampa, Florida. I am an internationally recognized public speaker in issues of faith, justice, human rights and civil rights.

7. I have assisted the Federal Bureau of Investigations in cases where youth had attempted to join ISIS and worked with the FBI to deradicalize a young teenager who was susceptible to ISIS influence.

8. I was retained by the parents of a fourteen-year-old Muslim boy whose house had been searched by the Federal Bureau of Investigations as part of an investigation related to Attempt to Provide Material Support to a Terrorist Organization. In that case, I met with the boy individually on numerous occasions to teach him about Islam and we studied together *Refuting Isis: A Rebuttal Of Its Religious and Ideological Foundations*. Over approximately 6-9 months I worked with the FBI and ultimately no charges were brought against the boy because the FBI was comfortable that he no longer was any type of threat.

9. I testified in the case of *United States v. Marcus Robertson,* 12-cr-63-GAP. I rebutted the government's misunderstanding of Muslim practices and religious texts at the sentencing hearing. After my testimony, the Court agreed with my analysis and found the terrorism enhancement did not apply in the case.

10. In December of 2023, I was retained by Masturah Smith to travel to Castle Rock, Colorado and meet with her son, Humzah Mashkoor, who was 18 years old and in custody facing charges of Attempting to Provide Material Support. The first day I met with Mr. Mashkoor was on December 25, 2023 at the Douglas County Jail. I met with him eight times at the jail. Our last visit was May 2, 2024.

11. Over the course of my meetings with Mr. Mashkoor we studied portions of *Refuting Isis.* I talked with him about his family and religious trauma.

12. Humzah Mashkoor was clearly a sheltered and bullied child who was scared, depressed, confused, hopeless and lost. In the beginning he was sympathetic to ISIS and he was convinced that ISIS had the correct religious ideology and creed. He admitted to me his beliefs.

2

13. Humzah also admitted that he was depressed and suicidal – that he had thoughts of suicide since he was very young. At his peaks of depression, he expressed that thoughts of being a suicide bomber and dying for a cause brought him peace. He also expressed that he developed malice as a defensive mechanism for what he had endured in life. He said that dying for the religion that his family was rooted in would be a life worth meaning. He also shared that the prospect of finding a wife and being married gave him much hope and that he ultimately wanted to find a wife more than he wanted to join ISIS. He said though that he was embarrassed to admit that to his online friends because it was not a strong position.

14. Much of the time that I met with Humzah he was suicidal.

15. During our meetings, I saw a change in his demeanor and I saw him shed the ideology of ISIS. He came to resent them. They were not consistent with what Islam teaches. He was receptive to learning the truth about Islam and not what he had been involved with online. It was clear to me that what Humzah needed throughout this period of his life was a mentor. I was able to provide him the religious mentorship he had been seeking. I explained things to him from the Koran that Jihad does not mean killing citizens. We discussed in depth religious texts.

16. During his time in jail, Mr. Mashkoor suffered tremendously from the conditions in jail. He is very sensitive to light and would describe to me that it gave him migraines and so he put paper on the lights to attempt to stop the migraine headaches.

17. On May 9, 2025 I was in Denver, Colorado for unrelated work. I visited Humzah at the Fidelity home where he is living. It was powerful to see him in comparison to the troubled boy I first met in December 2023. We discussed our religion and I saw a completely changed man. He authentically expressed his rejection of ISIS and his personal issues that led him down that path. I do not doubt that this change is real and he is not a threat to our community.

Dated: May 9, 2025

          Respectfully submitted,

*s/* _____

          Hassan Shibly

4