IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00018-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUMZAH MASHKOOR,

    Defendant.

## SECOND AMENDED SCHEDULING ORDER

As set forth in the Court's order granting the parties' joint motion for an ends of justice continuance, trial in this case has been rescheduled to July 6, 2026. For the reasons set forth in that order, all speedy trial time is tolled until the July 6, 2026 trial, and the following deadlines shall govern remaining pre-trial filings:

| | |
|---|---|
| Defense Disclosure of Underlying Information for Dr. Sperry's Expert Report provided to the Government on 11/20/2025 | 12/17/2025 |
| Government to File Amended Declaration from Dr. Newman Regarding Proposed Testing | 12/19/2025 |
| Defense Response to CIPA Section 6 Motion | 1/5/2026 |
| Government Reply in Support of CIPA Section 6 Motion | 1/26/2026 |
| Government Response to ECF No. 227 | 1/9/2026 |
| Government Expert Disclosure from Mental Examination of Defendant | 2/6/2026 |
| Defense Submission of Letters Rogatory to the Court | 1/23/2026 |
| Classified Hearing Regarding ECF Nos. 150, 204, 206, 207, and 208 (and all responses and replies thereto) | 2/5/2026 |

| | |
|---|---|
| Defense Rebuttal to Dr. Newman Expert Disclosure | 2/27/2026 |
| Hearing Regarding All Pending Unclassified Filings | 2/17/2026 |
| Government Expert Disclosure Related to Translations | 3/6/2026 |
| Expert Objections / 702 Motions | 3/27/2026 |
| Responses to Expert Objections / 702 Motions | 4/10/2026 |
| Motions in limine | 3/27/2026 |
| Responses to Motions in limine | 4/10/2026 |
| Government 404(b) Notice | 3/27/2026 |
| Defense Response to 404(b) Notice | 4/10/2026 |
| Hearing Regarding Expert Objections / 702 Motions, Motions in limine, and 404(b) Notice | 4/17/2026 |
| Trial | 7/6/2026 |

Dated: December 19, 2025

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge