IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Criminal Action No.: 24-cr-00018-RMR        Date: April 2, 2026

Courtroom Deputy: Kally Myhaver            Court Reporter: Jessica Anderson

Probation Officer: Chris Woodiel

| _Parties:_ | _Counsel:_ |
| --- | --- |
| UNITED STATES OF AMERICA, | Laura Cramer-Babycz |
|  | Jasand Mock |
| Plaintiff, |  |
| v. |  |
| 1. HUMZAH MASHKOOR, | Kathryn Stimson |
|  | Jamie Hughes Hubbard |
| Defendant. |  |

## COURTROOM MINUTES

### SENTENCING

**12:58 p.m.    Court in session.**

Court calls case. Appearances of counsel.  Defendant present on bond.

Defendant sworn.

**ORDERED:**  The Plea Agreement is accepted.

**ORDERED:**  Government's Motion to Dismiss the Indictment [ECF No. 346] is GRANTED.

**ORDERED:**  Government's Motion for Decrease for Acceptance of Responsibility [ECF No. 345] is GRANTED.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

**2:26 p.m.      Court in recess.**
**2:38 p.m.      Court in session.**

Court states its findings of fact and conclusions of law.

**ORDERED:** Defendant's Motion [ECF No. 343] is DENIED.

**ORDERED:** Defendant shall be imprisoned for 36 months. Upon release from imprisonment, defendant shall be placed on supervised release for a term of life.

**ORDERED:** Conditions of Supervised Release, as stated on record.

**ORDERED:** Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:** Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:** Defendant is directed to surrender to the institution designated by the Bureau of Prisons following designation.

Defendant advised of right to appeal.

The Court recommends that the director of the Bureau of Prisons place the Defendant in a facility that is appropriate to his security designation and that has the ability to provide services for mental health as well as autism.

**3:11 p.m.      Court in recess.**

Hearing concluded.
Total time in court:   2:01