IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 24-cr-00018-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

HUMZAH MASHKOOR,

        Defendant.

---

## UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE

---

COMES NOW the United States of America, moves this Court to enter a Final Order of Forfeiture in this case pursuant to 18 U.S.C. § 981(a)(1)(G), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2.  In support thereof, the United States submits the following:

1.      On January 30, 2026, the United States charged defendant Humzah Mashkoor by Information with one count in violation of 18 U.S.C. §§ 2339C(c)(1)(A), (2)(A), alleging that between on or about December 2022 and December 18, 2023, in the District of Colorado and elsewhere, while in the United States, the defendant did knowingly conceal and disguise the nature, location, and control of material support and resources, knowing and intending that the support and resources, knowing and intending that the support and resources were to be proceed as material support to the Islamic State of Iraq and al-Sham (ISIS). (Doc. 324).

1

2.      In that Information, the United States also sought forfeiture from defendant Humzah Mashkoor, pursuant to 18 U.S.C. §§ 981(a)(1)(C) and (G) and 28 U.S.C. § 2461(c), including any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and all assets, foreign or domestic, involved in, or used or intended to be used in the commission of such violations. The property to be forfeited includes, but is not limited to the following property:

a. Apple iPhone with serial number GGTDV6VA0D831[1]; and

b. An orange HP laptop computer.

3.      On January 30, 2026, the United States and defendant Humzah Mashkoor entered into a Plea Agreement. (Doc. 326). The Plea Agreement provides, inter alia, that the defendant agreed to waive indictment and plead guilty to an Information charging a violation of 18 U.S.C. §§ 2339C(c)(1)(A), (2)(A). The defendant also agreed to the forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and (G) and 28 U.S.C. § 2461(c), including, but not limited to: (1) Apple iPhone with serial number GGTDV6VA0D83, and (2) an orange HP laptop computer. (Doc. 326 at 4-5).

4.      Pursuant to the Plea Agreement, the Court entered a Preliminary Order of Forfeiture on March 30, 2026, forfeiting to the United States any and all of defendant Humzah Mashkoor's right, title and interest in the following: (1) Apple iPhone with serial number G6TDV6VA0D83, and (2) an orange HP laptop computer, pursuant to 18 U.S.C. § 981(G), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

---

[1] The FBI has indicated that the Apple iPhone with serial number GGTDV6VA0D83, should be correctly identified as serial number G**6**TDV6VA0D83.

5.      On April 7, 2026, the Court entered the judgment including forfeiture of: (1) Apple iPhone with serial number G6TDV6VA0D83, and (2) an orange HP laptop computer. (ECF Doc. 356, p. 7).

6.      The Preliminary Order of Forfeiture further directed the United States to seize the subject property and to publish notice of the forfeiture.

7.      Federal Rule of Criminal Procedure 32.2(b)(6)(A) requires that the government send notice to "any person who reasonably appear to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding."

8.      The United States is unaware of any such specific third parties, who may have an interest in the identified assets.

9.      In addition, the United States properly published notice of the forfeiture, via an official government internet website for thirty consecutive days, from April 1, 2026 to April 30, 2026, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C).  The deadline for third parties to file a Verified Statement of Interest or Petition for Ancillary Hearing publication expired on May 30, 2026.

10.      No third party has filed a Petition for Adjudication of Interest, or otherwise claimed an interest in the assets to be forfeited and the time to do so has elapsed.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered herewith in accordance with 18 U.S.C. § 981(a)(1)(G), 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure, for: (1) Apple iPhone with serial number G6TDV6VA0D83, and (2) an orange HP laptop computer.

//

DATED this 17th day of June 2026.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

By:  *s/ Tonya S. Andrews*
Tonya S. Andrews
Assistant United States Attorney
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone (303) 454-0100
E-mail: tonya.andrews@usdoj.gov
*Attorney for Plaintiff*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of June 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ Charisha Cruz
Paralegal Specialist
Office of the U.S. Attorney